JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DANIEL F. COMISKEY ) No. EDCV 13-1850-CW
 )
        Plaintiff, ) JUDGMENT
 )
    v. )
 )
CAROLYN W. COLVIN, )
Commissioner of Social )
Security Administration, )
 )
        Defendant. )
_____)

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: March 9, 2015

_____
CARLA M. WOEHRLE
United States Magistrate Judge